**Electronically Filed**
**Supreme Court**
**SCWC-23-0000034**
**04-SEP-2025**
**09:54 AM**
**Dkt. 22 ODAC**

SCWC-23-0000034

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR SECURITIZED ASSET BACKED RECEIVABLES LLC TRUST 2007-NC2, MORTGAGE-PASS THROUGH CERTIFICATES, SERIES 2007-NC2,
Respondent/Plaintiff-Appellee,

vs.

WENDELL KEANI KALEIMAMAHU, JR.,
Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-23-0000034; CASE. NO. 3CC141000357)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: McKenna, Acting C.J., Eddins, Ginoza, and Devens, JJ, and Circuit Judge Cahill, in place of Recktenwald, C.J., recused)

Petitioner Wendell Keani Kaleimamahu, Jr.'s Application for Writ of Certiorari, filed on July 30, 2025, is hereby rejected.

DATED: Honolulu, Hawai'i, September 4, 2025.

/s/ Sabrina S. McKenna

/s/ Todd W. Eddins

/s/ Lisa M. Ginoza

/s/ Vladimir P. Devens

/s/ Peter T. Cahill

